**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**MOHAMED BOUDALI,**

**Plaintiff,**

**25-CV-8475 (MKV) (VF)**

**-against-**

**ORDER**

**DANIEL ABA, et al.,**

**Defendant.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call is hereby scheduled for **Thursday, December 10, at 11:30 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [341 917 924#].**

**SO ORDERED.**

DATED: New York, New York
November 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge